Contrary to the defendant's contention, the trial court properly instructed the jury on accomplice liability. The court's charge, which included the precise language of Penal Law § 20.00, clearly conveyed to the jury that the defendant had to possess the intent to commit the crime of robbery in the first degree (*see People v Kaplan*, 76 NY2d 140 [1990]; *People v Accely*, 272 AD2d 337 [2000]; *People v Jordan*, 187 AD2d 731 [1992]; *People v Wise*, 135 AD2d 593 [1987]).

The defendant's remaining contentions, including those regarding the prosecutor's summation, are unpreserved for appellate review (*see* CPL 470.05 [2]; *People v Brown*, 249 AD2d 320 [1998]), and, in any event, without merit (*see People v Jones*, 294 AD2d 517 [2002]; *People v Green*, 182 AD2d 704 [1992]; *People v Blackstock*, 184 AD2d 775 [1992]; *People v Johnson*, 154 AD2d 618 [1989]). Schmidt, J.P., Adams, Luciano and Rivera, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL DAMES, Appellant. [794 NYS2d 684]—Appeal by the defendant from a judgment of the County Court, Westchester County (Lange, J.), rendered February 6, 2004, convicting him of robbery in the first degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). H. Miller, J.P., S. Miller, Goldstein, Mastro and Lifson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TALVIN DOZIER, Appellant. [794 NYS2d 683]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Chambers, J.), rendered April 1, 2004, convicting him of crimi-

nal sale of a controlled substance in the fifth degree (two counts), upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

We have reviewed the record and agree with the defendant's assigned counsel that there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Paige*, 54 AD2d 631 [1976]; *cf. People v Gonzalez*, 47 NY2d 606 [1979]). H. Miller, J.P., S. Miller, Goldstein, Mastro and Lifson, JJ., concur.